ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| ANTE ANTOLOS | Case No. CV 09-5140 SBA |
| Plaintiff, | JOINT STIPULATION TO DISMISS DEFENDANTS ROCKWELL AUTOMATION, INC. AND RELIANCE ELECTRIC COMPANY AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON |
| vs. | |
| ASBESTOS DEFENDANTS, et al., | |
| Defendants. | |

[Local Rules 7-1 and 7-12; FRCP 41]

Come now Plaintiff ANTE ANTOLOS ("Plaintiff") and Defendants ROCKWELL AUTOMATION, INC. AND RELIANCE ELECTRIC COMPANY ("Defendants"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendants removed this case to the United States District Court for the Northern District of California on October 29, 2009, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 U.S.C. section 1442(a); and

WHEREAS, Defendants were the sole removing defendants and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiffs have agreed to dismiss Defendants from this action; and

WHEREAS, Defendants desire for a federal forum for this action is now moot given the dismissal of Plaintiffs' claims against them; and

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stip-Dismiss ROCKWE & RELIANCE.wpd

JOINT STIPULATION TO DISMISS DEFENDANTS ROCKWELL AUTOMATION, INC. AND RELIANCE ELECTRIC COMPANY
AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON; CV 09-5140 SBA

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1        WHEREAS, pursuant to the parties' agreement, Plaintiff and Defendants seek to have

2   this action remanded to state court;

3        IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendants, that

4   all claims against Defendants ROCKWELL AUTOMATION, INC. AND RELIANCE

5   ELECTRIC COMPANY shall be, and hereby are, dismissed pursuant to Rule 41 of the Federal

6   Rules of Civil Procedure and that this action shall be, and hereby is immediately remanded to

7   the San Francisco County Superior Court, the court in which it was originally filed and from

8   which it was removed.

9

10  Dated: November _____, 2009                    BRAYTON ❖PURCELL LLP

11

12                                              By:_____
                                                    Richard M. Grant
13                                                  Attorneys for Plaintiff
                                                    ANTE ANTOLOS
14

15  Dated: November _____, 2009                    TUCKER, ELLIS & WEST LLP

16

17                                              By:_____
                                                    Nicole Gage
18                                                  Attorneys for Defendants
                                                    ROCKWELL AUTOMATION, INC. AND
19                                                  RELIANCE ELECTRIC COMPANY

20

21       PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  This case is REMANDED

22  to the Superior Court of California, County of San Francisco, Case No. CGC-09-275322.  The

23  Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court

24  of California, County of San Francisco.

25

26  Dated: November 20, 2009            By: _____*Saundra B Armstrong*_____
                                              United States District Judge

27

28

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stip-Dismiss ROCKWE & RELIANCE.wpd                2

JOINT STIPULATION TO DISMISS DEFENDANTS ROCKWELL AUTOMATION, INC. AND RELIANCE ELECTRIC COMPANY
AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON; CV 09-5140 SBA