UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Dec 08, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Ante Antolos v. Rockwell Automation, Inc., et al.,      )
        N.D. California, C.A. No. 4:09-5140             )     MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Antolos*) on November 24, 2009. The Panel has now been advised that *Antolos* was remanded to the San Francisco County Superior Court, State of California, by the Honorable Saundra B. Armstrong in an order filed on November 24, 2009.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-329" filed on November 24, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel